# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN DICKERSON**, *et al.*, | : | CIVIL ACTION NO. 1:15-CV-1105 |
| **Plaintiffs** | : | (Chief Judge Conner) |
| v. | : | |
| **YORK INTERNATIONAL CORPORATION**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 20th day of January, 2017, following a telephonic conference call with the parties on December 29, 2016, during which counsel advised the court of an error in the parties' proposed settlement agreement concerning the remedy to be offered to a minority subset of the putative settlement class, and during which the parties further advised that they would continue to work diligently to promptly resolve the issue, it is hereby ORDERED that the parties shall file a joint status report on or before **Wednesday, January 25, 2017** apprising the court of the status of their efforts to resolve the remedy issue.

                          /S/ CHRISTOPHER C. CONNER
                          Christopher C. Conner, Chief Judge
                          United States District Court
                          Middle District of Pennsylvania