# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN DICKERSON**, *et al.*, | : | CIVIL ACTION NO. 1:15-CV-1105 |
| Plaintiffs | : | (Chief Judge Conner) |
| v. | : | |
| **YORK INTERNATIONAL CORPORATION**, *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 30th day of November, 2017, upon consideration of the correspondence filed with the court by counsel for the plaintiff settlement class, wherein counsel indicates that the court-appointed settlement administrator erroneously coded an "objection" to the settlement as a "claim" and accordingly failed to apprise the court of same, and wherein counsel further indicates that the settlement administrator intends to remedy its error by paying 100% of the damages claimed by the objector, subject to the court's approval, (see Doc. 105 at 1), and the court having reviewed the late-noticed objection and determining that the objection, concerning the adequacy of settlement reimbursements, is of identical nature to those previously addressed and rejected by the court, (see Doc. 100 at 17-19), it is hereby ORDERED that the settlement administrator's remedial proposal is APPROVED and the court's August 22, 2017 memorandum and order (Docs. 100-01) approving the settlement *sub judice* is reaffirmed.

                                            /S/ CHRISTOPHER C. CONNER
                                            Christopher C. Conner, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania